

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00960-CR

RONNIE DUSTIN HARRISON, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 178th District Court of Harris County.  (Tr. Ct. No. 1302555).

**TO THE 178TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 16th day of June 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> After inspecting the record of the court below, the Court holds that it lacks subject-matter jurisdiction over this appeal. Accordingly, the Court **dismisses** the appeal.
>
> The Court **orders** that this decision be certified below for observance.
>
> Judgment rendered June 16, 2015.
>
> Per curiam opinion delivered by panel consisting of Justices Keyes, Huddle, and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.



September 18, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

